No. D–623.   In re Disbarment of Connell.   Disbarment entered.   [For earlier order herein, see 480 U. S. 944.]

No. D–625.   In re Disbarment of Ernst.   Thomas J. Ernst, of Clayton, Mo., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on April 6, 1987 [481 U. S. 1002], is hereby discharged.

No. D–627.   In re Disbarment of Gerns.   Disbarment entered.   [For earlier order herein, see 481 U. S. 1002.]

No. D–635.   In re Disbarment of Fleischer.   It is ordered that Edward Leo Fleischer, of Morganville, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–636.   In re Disbarment of Brown.   It is ordered that Arnold E. Brown, of Englewood, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–637.   In re Disbarment of Hoagland.   It is ordered that Robert D. Hoagland, of Charlotte, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–638.   In re Disbarment of Haeberle.   It is ordered that W. Gene Haeberle, of Camden, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–639.   In re Disbarment of Goldberg.   It is ordered that Gerald Mark Goldberg, of Rockaway, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–640.   In re Disbarment of Oxfeld.   It is ordered that Emil Oxfeld, of South Orange, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable